Case 5:15-cv-00462-JSM-PRL   Document 9   Filed 10/08/15   Page 1 of 2 PageID 199

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

RANDALL LAMONT ROLLE, pro se,

    Plaintiff,

v.                                        Case No: 5:15-cv-462-Oc-30PRL

CITY OF TALLAHASSEE, FLORIDA,
et al.,

    Defendants.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Doc. 5) and Plaintiff's Objection (Doc. 8). After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Doc. 5) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Court finds Plaintiff failed to show good cause why sanctions should not be entered against him.

3. The Court imposes a sanction of $200.00, to be paid in monthly installments of $20.00 per month, beginning November 1, 2015, and on the first day of each month thereafter until paid in full.

4. Payments shall be made to the Clerk of the Court, 207 N.W. Second Street, Ocala, Florida 34475.

5. The Clerk is directed to close this case and terminate all pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida, this 8th day of October, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record

S:\OCALA\15-cv-462 adopt 5.docx

2